ANOUSH HAKIMI (State Bar No. 228858)
anoush@handslawgroup.com
PETER SHAHRIARI (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**JAMES SHAYLER**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NORTHERN TRUST CORPORATION, a Delaware Corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-10775-JFW-AGR<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

　　　　IT IS HEREBY STIPULATED by and between the Plaintiff James Shayler on the one hand, and Defendant Northern Trust Corporation, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant Northern Trust Corporation, from Plaintiff's

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

Complaint, Case Number 2:20-cv-10775-JFW-AGR. The parties herein reached settlement of the present action.

    Since no Defendants shall remain in this action, Plaintiffs request that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: February 5, 2021    **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: /s/Peter Shahriari
Peter Shahriari, Esq.
Attorneys for Plaintiff, James Shayler

Dated: February 5, 2021    **ARTIANO & ASSOCIATES, APC**

By: /s/ Lawrence S. Andrews
Lawrence S. Andrews, Esq.
Attorney for Defendant, Northern Trust Corporation

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

PETER SHAHRIARI

*/s/ Peter Shahriari*
By: Peter Shahriari
Attorney for Plaintiff James Shayler

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS