closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NORTHERN TRUST CORPORATION, a Delaware Corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-10775-JFW-AGRx<br><br>*Hon. John F. Walter*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: November 25, 2020 |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff James Shayler's ("Plaintiff") action against Northern Trust Corporation ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: February 16, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　Central District of California